Certificate Number: 03088-NJ-DE-040885955

Bankruptcy Case Number: 26-14241



03088-NJ-DE-040885955

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 21, 2026, at 8:32 o'clock PM CDT, Steven S Shapiro completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 21, 2026            By:     /s/Doug Tonne

Name:  Doug Tonne

Title:   Counselor